

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00092-CV

**WILLIAM WINDSOR,**

**Appellant**

**v.**

**JOEYISALITTLEKID, ET AL,**

**Appellee**

**From the 378th District Court**
**Ellis County, Texas**
**Trial Court No. 88611**

## O R D E R

William M. Windsor's Request for Scheduling Order is denied. The Court has provided Windsor with a schedule of deadlines for past due items. The Texas Rules of Appellate Procedure provides the deadlines for any future filings.

PER CURIAM

Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Request denied
Order issued and filed June 18, 2015

